Andrew T. Koenig, SBN: 158431
Attorney at Law
353 Sanjon Road
Ventura, CA 93001
Tel. 805 653-0284
FAX: 805 643-3062
Email: andrewtkoenig@hotmail.com

Attorney for plaintiff Carla Rose White

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CARLA ROSE WHITE, | Case No. CV-09-5814-RZ |
| Plaintiff, | [PROPOSED] ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COURT COSTS PURSUANT TO 28 U.S.C. § 1920 |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Andrew T. Koenig, as counsel for Plaintiff and as Plaintiff's assignee, is awarded attorney fees under the Equal Access to Justice Act in the amount of FIVE-THOUSAND ONE-HUNDRED FIFTY DOLLARS and NO CENTS ($5,150.00), as authorized by 28 U.S.C. § 2412(d), and Court costs in the amount of THREE-HUNDRED FIFTY DOLLARS and NO CENTS ($350.00) pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

Dated: April 26, 2010

_____
UNITED STATES MAGISTRATE JUDGE

1